FRANK J. GUARINI, ETC., ET AL. v. THE STATE OF
NEW YORK, ET AL.

January 21, 1987.

Petition for certification denied.

JOHN V. SCALCO v. CONSTINTIN NATALIZIO, ET AL.

January 21, 1987.

Petition for certification denied.

MARY ELLEN LAKE ZIMMER v. STEVEN P. LAKE, TRUSTEE.

January 21, 1987.

Petition for certification granted.

HEWA, INC., ET AL. v. JOSEPH SARNA, ET AL.

January 21, 1987.

Petition for certification denied.